IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>THE KANSAS CORPORATION COMMISSION, and BRIAN MOLINE, ROBERT KREHBIEL, and MICHAEL MOFFET, in their official capacities as Commissioners of the Kansas Corporation Commission,<br><br>    Defendants. | Civil Action No. 05-2054-KHV-DJW |

## ORDER

Pursuant to stipulation by the parties (Doc. #14), this matter is dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2005.

                                                        **s/ Kathryn H. Vratil**
                                                        Kathryn H. Vratil
                                                        United States District Judge